United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17329-jkf
Jennifer Nicole Steen                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Mar 10, 2020
                             Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db              +Jennifer Nicole Steen,    3401 Reservoir Drive,    Philadelphia, PA 19121-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BRAD J. SADEK    on behalf of Debtor Jennifer Nicole Steen brad@sadeklaw.com,  bradsadek@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 3

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Chapter 7


Jennifer Nicole Steen                                           : Case No. 19–17329–jkf

        Debtor(s)


### *ORDER*
_____


    AND NOW, this day , March 10, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court


Jean K. FitzSimon
Judge , United States Bankruptcy Court